THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION CINCINNATI

EBONY ENGLEMON,

      Plaintiff,

vs.

OHIO FIRST HOME HEALTHCARE, INC., ET AL.,

      Defendants.

Case No.1:16-CV-01158-MRB

Judge Michael R Barrett

## ORDER

Upon receiving notice from counsel of a defect in the dissemination of class notice, the Court **VACATES** the fairness hearing set for September 13, 2018 at 4pm, and **RESETS** it for December 11, 2018 at 10 am. The Parties are authorized and **ORDERED** to modify the class notice (Doc. 19-1) previously approved by the Court with the following information:

(a) The updated date and time of the fairness hearing;
(b) The updated location of the fairness hearing, *i.e.*, Potter Stewart U.S. Courthouse, *Room 109*, 100 East Fifth Street, Cincinnati, Ohio 45202; and
(c) Notice of class members' right to appear and object at the fairness hearing.

**IT IS SO ORDERED.**

                                                s/*Michael R. Barrett*
                                                Hon. Michael R. Barrett
                                                United States District Judge